UNITED STATES DISTRICT COURT

Northern District of California

JOEL YARED and NARISA YARED,

               Plaintiff(s),                 No. C 10-2742 MEJ

  v.                                            **ORDER TO SHOW CAUSE**

AMERICA'S SERVICING COMPANY,

               Defendant(s).

_____/

On August 6, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of September 16, 2010. (Dkt. #5.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by August 26, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the September 16 hearing and ORDERS Plaintiffs Joel and Narisa Yared to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiffs shall file a declaration by September 16, 2010, and the Court shall conduct a hearing on September 30, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: September 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge