UNITED STATES DISTRICT COURT

Northern District of California

JOEL YARED and NARISA YARED,

               Plaintiffs,
  v.

AMERICA'S SERVICING CO., et al.,
               Defendants.
_____/

No. C 10-2742 MEJ

**SECOND ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

On August 9, 2010, the Court ordered the parties to file written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a district court judge by August 26, 2010. Neither party has complied with the August 9 order. Accordingly, the parties are ORDERED to inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The parties shall inform the Court of their decision by September 16, 2010.

**IT IS SO ORDERED.**

Dated: September 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge