UNITED STATES DISTRICT COURT

Northern District of California

JOEL YARED and NARISA YARED,

          Plaintiffs,

  v.

AMERICA'S SERVICING CO., et al.,

          Defendants.

_____/

No. C 10-2742 MEJ

**ORDER VACATING CMC**

    This matter is currently scheduled for a case management conference on September 30, 2010. However, as there is a motion to dismiss pending and Plaintiffs have failed to respond to said motion, and an order to show cause regarding Plaintiffs' failure to respond is also scheduled to take place on September 30, the Court hereby VACATES the September 30 c.m.c. and all related deadlines.

    **IT IS SO ORDERED.**

Dated: September 7, 2010

                                                       _____
                                                       Maria-Elena James
                                                       Chief United States Magistrate Judge