<div style="float:left">**UNITED STATES DISTRICT COURT**
**For the Northern District of California**</div>

# UNITED STATES DISTRICT COURT
## Northern District of California

JOEL YARED and NARISA YARED,

        Plaintiffs,

  v.

AMERICA'S SERVICING CO., et al.,

        Defendants.

_____/

No. C 10-2742 MEJ

**THIRD ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

On September 1, 2010, the Court issued a second order for the parties to file written consents to the undersigned's jurisdiction or requests for reassignment to a district court judge, with a deadline of September 16, 2010.  (Dkt. #10.)  None of the parties have complied with the September 1 order.  The Court reminds the parties that failure to comply with a court order may result in the imposition of sanctions, and the parties have now failed to comply with two court orders.  Accordingly, the parties are ORDERED to inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  The parties shall inform the Court of their decision by September 23, 2010.

    **IT IS SO ORDERED.**

Dated: September 17, 2010

                                                    _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge