IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL YARED and NARISA YARED,

Plaintiffs,

v.

AMERICA'S SERVICING CO., et al.,

Defendants.

NO. C10-2742 TEH

ORDER DISMISSING CASE

This case was reassigned to this Court following the filing of a report and recommendation by Chief Magistrate Judge Maria-Elena James on September 30, 2010. No objections to the report and recommendation have been received, and the period for filing such objections has now expired.[1] *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period for filing objections). The Court has reviewed the report and recommendation and the record in this case, and it agrees with Judge James's recommendation that this case be dismissed for failure to prosecute and failure to comply with the Court's deadlines and orders. Accordingly, with good cause appearing, this case is DISMISSED, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 10/19/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs filed a notice of bankruptcy on October 13, 2010, but have not suggested that this action must be stayed. Moreover, the automatic stay pending bankruptcy proceedings appears to apply only to actions brought *against* debtors or their property, not actions filed *by* debtors against other parties. *See* 11 U.S.C. § 362.